1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ESTATE OF DOMINIC SALAZAR aka DOMINIC FRANCISCO SALAZAR and MARY SALAZAR, an individual and as Successor in Interest,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV11-10279 JAK (SPx)<br><br>JUDGMENT  JS-6<br><br><br><br><br><br><br>Honorable John A. Kronstadt |
|---|---|

1   On February 4, 2014, this action came on for bench trial in the above-entitled
2 court located at Courtroom 750, Roybal Federal Building and United States
3 Courthouse, 255 East Temple Street, Los Angeles, California 90012, the Honorable
4 John A. Kronstadt, presiding.  Frank J. Lizarraga, Esq., and Justin M. Crane, Esq.,
5 appeared for plaintiffs Estate of Dominic Salazar aka Dominic Francisco Salazar and
6 Mary Salazar, an Individual and as Successor in Interest ("Plaintiffs"), and Assistant
7 United States Attorneys Sekret T. Sneed and Donald W. Yoo appeared for defendant
8 United States of America ("United States").

9   The Court received the declaration testimony of and heard live testimony from
10 the following witnesses called by Plaintiffs: Courtney Saldana, Pamela Sanchez and
11 William Patrick Flynn.  The Court also received the declaration testimony of and heard
12 live testimony from the following witnesses called by the United States: Deputy United
13 States Marshal Jason DiPaolo, Deputy United States Marshal Adrian Walton and Paul
14 Duffy, U.S. Marshal Service, Acting Chief, Basic Programs.

15   Having considered the stipulations of fact contained in the Pretrial Order [ECF
16 No. 74], the testimony of the witnesses, and the exhibits admitted into evidence, and in
17 accordance with the Court's Memorandum of Decision re Bench Trial, [ECF No. 120],
18 entered herein,

19   IT IS HEREBY ADJUDGED AND DECREED that judgment is entered in this
20 action as follows:

21   1.   Plaintiffs shall recover nothing from the United States; and
22   2.   Judgment shall be entered in favor of the United States, but without a cost
23 award against Plaintiff.

24   The Clerk is ordered to enter this judgment.

Dated: June 4, 2014

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

-2-